United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

_____

\*

Appellee,                              Appeal from the United States
                                       District Court for the District

\*

\*

\*

\*

\*

Submitted:  October 21, 1997

_____

_____

Anthony Pina appeals the district court's ruling committ
§   245.  The district court adopted the magistrate judge's report holding that Pin
suffered from a mental disease or deficit for which he needed care and treatment in a
        fac                                                                          s
                        <u>See</u>

A true copy.

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.